IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GEORGE NEAL WILLIAMS           )
                               )
V.                             )           3:06-CV-0061-D
                               )
DOUGLAS DRETKE, ET AL          )

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct.  It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Plaintiff's request for reinstatement of this action, submitted in his pleadings filed on June 5, 2006, June 22, 2006, and July 10, 2006, is denied.

**SO ORDERED**.

July 25, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE